

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5026*
*P.O. Box 2098*                         *Direct: (973) 494-6933*
*Camden, NJ 08101*          *christian.carrara2@usdoj.gov*

August 13, 2026

**<u>Via ECF</u>**
Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:    *Peraza Hernandez v. Mullen*, et al., No. 2:26-cv-10182 (SDW)**
> **Petitioner's Release from Custody**

Dear Judge Wigenton:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to Your Honor's August 12, 2026 Order, ECF 3, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner was released from immigration custody at Delaney Hall Detention Facility on August 12, 2026, at 8:25 p.m. Petitioner was released with their personal property and without additional conditions.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

> SO ORDERED.
>
> _____
> Hon. Susan D. Wigenton
> United States District Judge
> Dated: August 14, 2026
> The Clerk's Office shall close this matter as petitioner has been released.

cc:    Counsel of record (via ECF)